# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kaye Hood,<br><br>        Plaintiff<br><br>vs.<br><br>Hotspur Casino,<br><br>        Defendant | Case No.: 2:13-cv-00946-JAD-CWH<br><br>**Order Denying Application to Proceed** ***in Forma Pauperis*** **[Doc. 3] and Adopting Report and Recommendation [Doc. 4]** |

The Court has considered the Report and Recommendation of United States Magistrate Judge C.W. Hoffman, Jr., Doc. 4, entered on July 8, 2013. Doc. 3. The Report recommends that this Court enter an order denying Plaintiff's Application to Proceed *in forma pauperis* because her income is sufficient to enable her to pay the filing fee required to proceed in this case. *Id.* at 1. Plaintiff has not objected to Judge Hoffman's Report and Recommendation.

Although under no legal obligation to do so, the Court has reviewed the Plaintiff's application for *in Forma Pauperis* status de novo and agrees with the Magistrate's findings and conclusions.[1]

Accordingly, good cause appearing,

---

[1] *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) (writing that Congress never "intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citation omitted) (concluding that "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

1

It is hereby **ORDERED** that the Report and Recommendation of Magistrate Judge Hoffman **[Doc. 4]** is **ADOPTED** and that Plaintiff's Application to Proceed *in Forma Pauperis* **[Doc. 3]** is **DENIED**. Plaintiff must pay the filing fee of $400.00 within 30 days from the date this Order is entered or this case will be dismissed.

DATED November 15, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE