1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Kaye Hood,

          Plaintiff

vs.

Hotspur Casino,

          Defendant

Case No.: 2:13-cv-00946-JAD-CWH

**Order**

On November 15, 2013, this Court ordered Plaintiff to pay the $400 filing fee by December 15, 2013, "or this case will be dismissed." Doc. 6. Plaintiff has neither paid the filing fee nor filed any other document with the Court since the November 15, 2013, order. District courts have the inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal of a case." *Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules. *See, e.g., Pagtalunan v. Galaza*, 291 F.3d 639, 643 (9th Cir. 2002); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with court order).

As Plaintiff has failed to comply with this Court's November 15, 2013, order requiring payment of the filing fee by December 15, 2013, it is HEREBY ORDERED that this action is DISMISSED.

DATED January 14, 2014.

_____
UNITED STATES DISTRICT JUDGE

1